THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER GONZALEZ, Appellant. [718 NYS2d 825] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered October 1, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was

not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning identification and credibility. Concur—Rosenberger, J. P., Andrias, Wallach, Lerner and Buckley, JJ.